

**U.S. Department of Interior**

Bureau of Indian Affairs

Division of Criminal Investigation

105 2nd AVE N

Fort Totten, ND 58335

www.bia.gov

April 8, 2024

Fort Totten Jail
Fort Totten, ND
In Person: Correctional Officer Ruth Saul (ruth.saul@bia.gov)

This correspondence is written to act as a DETAINER against the below identified currently being held in the custody of your facility. This DETAINER is based on a Federal Arrest Warrant issued in the District of North Dakota on April 5, 2024.

        Individual:  Kolby Jae Mckay, DOB:        1992

Federal Charge(s):
18 U.S.C. § 113(a)(3), 1153(a)  Count One: Assault with a Dangerous Weapon in Indian country;
18 U.S.C. § 113(a)(8), 1153(a), Assault of a Spouse, Intimate Partner, or Dating Partner by Strangulation in Indian Country

Please advise the below listed Special Agent (SA) before **Kolby Mckay** is released from your facility. In addition, please advise the below listed Special Agent if **Kolby Mckay** is sentenced and/or transferred from your facility.

BIA SA Jerry LeNoir Jr, Ph. 701-739-9502

Your signature is requested below to acknowledge the receipt of this DETAINER.

_____
[Signature and date of detention/jail personal]

Please return via by email jerry.lenoir@bia.gov a signed copy of this DETAINER to the attention of the below listed SA.

SA Jerry LeNoir Jr
Bureau of Indian Affairs

If you have any questions relative this, please contact BIA SA LeNoir