IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KOLBY JAE MCKAY | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 113(a)(3), 113(a)(8), and 1153 |

COUNT ONE

**Assault with a Dangerous Weapon**

The Grand Jury Charges:

On or about March 13, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

KOLBY JAE MCKAY,

an Indian, assaulted Jane Doe with a dangerous weapon, namely, a knife, with intent to do bodily harm to Jane Doe;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

COUNT TWO

**Assault of a Spouse, Intimate Partner, or Dating Partner by Strangulation**

The Grand Jury Further Charges:

On or about March 13, 2024, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

KOLBY JAE MCKAY,

an Indian, assaulted a spouse, intimate partner, and dating partner, namely, Jane Doe, by strangling and attempting to strangle Jane Doe;

In violation of Title 18, United States Code, Sections 113(a)(8) and 1153.

A TRUE BILL:

/s/ Foreperson
Foreperson


/s/ Mac Schneider
MAC SCHNEIDER
United States Attorney


SLS/th